UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EMILIANO TOMAS-LEIVA,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.:  3:25-cv-3776-CAB-AHG

**ORDER REQUIRING A BOND HEARING**

[Doc. No. 1]

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Emiliano Tomas-Leiva. [Doc. No. 1 ("Petition").]  In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of the Fifth Amendment, Administrative Procedure Act, and 8 U.S.C. § 1226(b).  [Petition at 8–12.]  He seeks release from custody.  [*Id.* at 12–13.]

On January 2, 2026, Respondents filed a response stating:

On December 18, 2025, . . . the *Bautista* court entered final judgement. *Bautista*[1], [Doc.] No. 94.  Accordingly, Respondents acknowledge that

---

[1] *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025)

1

> Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **January 16, 2026**. Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **January 20, 2026**. Once Respondents confirm Petitioner has received an individualized bond hearing, the Court will dismiss the case.

It is **SO ORDERED**.

Dated:  January 2, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

3:25-cv-3776-CAB-AHG